

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SAM MURRAY, AS TRUSTEE OF THE S.H. MURRAY TRUST and MURRAY PECOS RANCH, LTD, | § | No. 08-24-00401-CV |
| | § | Appeal from the |
| Appellant, | § | 83rd Judicial District Court |
| v. | § | of Pecos County, Texas |
| ALAMAR VENTURES, INC., CIEN ONCE GRAZERS, LLC, and HONDO DAVIS, | § | (TC#P-8682-83-CV) |
| | § | |
| Appellees. | § | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 15th day of January 2025.


LISA J. SOTO, Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.